**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 11-18-DLB-EBA**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

vs.                                    **ORDER**

**WAYNE WILSON TREADWAY**                                 **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve (12) months and one (1) day imprisonment with no supervised release to follow. (Doc. # 11). During the initial appearance conducted by Magistrate Judge Atkins on December 1, 2011, Defendant orally stipulated to violating the terms of his supervised release as outlined in the November 21, 2011 Supervised Release Violation Report (Doc. # 4). (Doc. # 8).

Defendant having executed a waiver of his right to allocution (Doc. # 10), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 11) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **twelve (12) months and one (1) day** with no supervised release to follow;

(5) That the above sentence, to the extent possible, be served at FCI Ashland; and

(6) A Judgment shall be entered contemporaneously herewith.

This 20th day of December, 2011.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2011\11-18 Order adopting R&R.wpd